

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * *

| | |
|---|---|
| IN RE ) | Case No. 08-27342 RKM |
| ) | Chapter 7 |
| DARYL C. HENDRICKSON ) | |
| CAMI L. HENDRICKSON ) | |
| ) | NOTICE OF PAYMENT OF |
| Debtor (s) ) | FUNDS INTO THE REGISTRY |
| ) | |
| ) | |

* * * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On October 19, 2011, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained one claim which was under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4438220843.

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|  |  |
|---|---|
| Claim No.: | 8 |
| Claimant: | Rocky Mountain Power<br>ATTN: Bankruptcy<br>PO Box 25308<br>Salt Lake City, UT 84125 |
| Claim Amount: | $49.82 |
| Distribution: | $3.29 |

5. A check in the amount of $3.29 representing the foregoing claim has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 10-20-11

J. Kevin Bird, Trustee